UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE MARRA CADLE COMPANY, | : | |
| | : | |
| Creditor/Plaintiff-Appellant, | : | |
| | : | |
| v. | : | CASE NO.  3:03CV402(RNC) |
| | : | |
| ROBERT L. MARRA, | : | |
| | : | |
| Debtor/Defendant-Appellee. | : | |

<u>JUDGMENT</u>

This action having come on for consideration of an appeal of an order of the bankruptcy court (Dabrowski, Chief Judge), before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the full record of this case and the applicable principles of law, entered a Ruling and Order reversing the judgment and remanding the case to the Bankruptcy Court for further proceedings, it is hereby

Ordered, Adjudged and Decreed that judgment enter and this case is remanded to the bankruptcy court for further proceedings.

Dated at Hartford, Connecticut this 21st day of April 2004.

KEVIN F. ROWE, Clerk


By: _____/s/lik_____
           Linda I. Kunofsky
           Deputy Clerk


EOD _____